IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT RAMEZ CHAGOURY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF, )<br>  INVESTIGATION, *et al.*, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 16-1844 (TSC) |

**JOINT STIPULATION AND [PROPOSED] ORDER
VOLUNTARILY DISMISSING CLAIMS WITH PREJUDICE**

WHEREAS, Plaintiff Gilbert Chagoury ("Plaintiff") has filed a Second Amended Complaint asserting certain claims against the Federal Bureau of Investigation, Department of Justice, National Counterterrorism Center, Department of State, Central Intelligence Agency, Department of Homeland Security, and U.S. Customs and Border Protection (collectively, "Defendants"), on April 26, 2017, in the United States District Court for the District of Columbia;

WHEREAS, Plaintiff alleges that he has been the subject of news stories citing the United States Government or its agents as sources of nonpublic information pertaining to him;

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

The United States Treasury Department maintains a list of specially designated nationals ("SDN List"), which includes among others the names of persons whose assets are blocked and with whom U.S. persons and entities are prohibited from conducting business pursuant to Executive Order 13224 of September 23, 2001 (66 FR 49079, September 25, 2001);

Plaintiff Gilbert Chagoury does not now and has never appeared on the SDN List;

The United States Government has never specifically precluded financial institutions from transacting business with or on behalf of Gilbert Chagoury by means of the SDN List;

Unauthorized government disclosures, including of personally identifying information, may violate internal agency policies, as well as federal law under certain circumstances.  Such disclosures may be subject to different types of punishment or disciplinary actions depending on the nature of the violation;

Nothing contained herein is to be construed as an admission of the allegations in the Second Amended Complaint, or of wrongdoing or liability by any party, such wrongdoing and liability being expressly denied, and no final adjudication having been made.  The parties have entered into this joint stipulation solely as a compromise of all claims for the purpose of concluding the disputes between them, and this stipulation may not be used by any third party against any party; and

The Second Amended Complaint is hereby voluntarily dismissed with prejudice and Plaintiff Gilbert Chagoury releases any and all claims related to the conduct described therein. Each party shall bear its own attorney's fees and costs, including for the preparation of this joint stipulation of dismissal.

| | |
|---|---|
| **STEPTOE & JOHNSON, LLP** | **U.S. DEPARTMENT OF JUSTICE** |
| By: */s/ Stewart A. Baker* | By: */s/ Elizabeth J. Shapiro* |
| Stewart A. Baker (D.C. Bar No. 262071) | Elizabeth J. Shapiro (D.C. Bar No. 418925) |
| 1330 Connecticut Avenue, Northwest | Civil Division, Federal Programs Branch |
| Washington, D.C.  20036-1795 | 20 Massachusetts Ave, NW |
| Tel: 202-429-3000 | Washington, D.C. 20530 |
| sbaker@steptoe.com | Tel: 202-514-5302 |
| | elizabeth.shapiro@usdoj.gov |
| *Counsel for Plaintiff Gilbert Chagoury* | *Counsel for Government Defendants* |

Dated:

SO ORDERED:

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which shall send notice to all counsel of record.

                                            /s/ Stewart Baker
                                            Stewart A. Baker